IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



| | | |
|---|---|---|
| GREGORY COURTNEY | | PLAINTIFF |
| VS. | | CASE NO. 3:21-cv-00589-TSL-MTP |
| THE UNITED STATES | | DEFENDANT |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Gregory Courtney, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the decision of this Court entered in the above-captioned proceeding on the 2nd day of February, 2022, dismissing the Plaintiff's complaint without prejudice.

**RESPECTFULLY SUBMITTED,** this the 4th day of March, 2022.

GREGORY COURTNEY

By: _____
James G. McGee, Jr. (MSB #102385)
McGee Tax Law, PLLC
125 S. Congress St.
Capital Towers, Suite 1240
Jackson, Mississippi 39201
Telephone: (601) 965-6155
Facsimile: (601) 965-6166
jmcgee@mcgeetaxlaw.com
COUNSEL FOR PLAINTIFF